IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SONJA FLOYD KEITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:23-cv-447-ECM |
| | ) |
| CITY DOTHAN MUNICIPALITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On November 13, 2023, the Magistrate Judge entered a Recommendation (doc. 8) to which no timely objections have been filed.  Although the Magistrate Judge recommends that this case be dismissed with prejudice, the Court finds that the case is due to be dismissed without prejudice.  Accordingly, upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 8) is ADOPTED as modified, and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute and to comply with the Orders of this Court.

A separate Final Judgment will be entered.

DONE this 12th day of December, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE